RECEIVED
SEP - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADRIAN COOPER, SR., Petitioner | CIVIL ACTION NO. 1:17-CV-832-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after a de novo review of the record including the objection filed by Petitioner (Doc. 7), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 1st day of September, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE

RECEIVED

SEP - 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TERRANCE TERRELL CARRIERE | * | CIVIL ACTION NO. 2:17-CV-00325 |
| v. | * | JUDGE UNASSIGNED |
| DOMINO'S PIZZA, LLC, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, and the reasons set forth therein,

**IT IS ORDERED** that the Defendants' Rule 12(b)(1) Motion to Dismiss, or Alternatively Stay, and Compel Arbitration (Rec. Doc. 5) is **GRANTED IN PART** and **DENIED IN PART.** The motion is granted to the extent that the court compels arbitration and the proceedings are hereby **STAYED** pending arbitration. The motion is **DENIED** to the extent that the case is not dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Oral Argument (Rec. Doc. 11) is **DENIED** as the court finds it unnecessary.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 1st day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE